STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. FRED MINGO, DEFENDANT-PETITIONER.

To Appellate Division, Superior Court:

A petition for certification having been submitted to this Court, and the Court having considered the same,

It is hereupon ORDERED that the petition for certification is granted.